| | |
|---|---|
| STUART HANLON, SBN: 66104<br>LAW OFFICES OF STUART HANLON<br>179 - 11th Street, 2nd Floor<br>San Francisco, California 94103<br>(415) 864-5600 | **FILED**<br>NOV X 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorney for Defendant
DUK SOON CHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>    v. )<br>DUK SOON CHUN and )<br>CHONG SU LONG, )<br>         Defendants. ) | No. CR 04-0357 CRB<br>**STIPULATION AND [PROPOSED] ORDER RE PRETRIAL RELEASE CONDITIONS** |

Defendant herein, Duk Soon Chun, is presently on pretrial release conditions.

**IT IS HEREBY STIPULATED** between the parties through counsel Peter Axelrod for the United States of America and Stuart Hanlon for defendant Duk Soon Chun, that her pretrial release conditions are modified as follows:

///
///
///
///
///

STIPULATION & ORDER RE: MODIFICATION OF PRETRIAL RELEASE ORDER                        PAGE 1
C:\Wp60\Wp60\FD\Stip&OrePretrialConditions8.chun.wpd

Defendant shall be allowed to travel on November 13 2008, to Fairfield, California for a California State Board of Barbering and Cosmetology examination. Ms. Chun will travel back to her home that same day upon completion of her exam.

Dated: October 28, 2008

_____
STUART HANLON
Attorney for Defendant Chun

Dated: October 28, 2008

_____
Peter Axelrod
Assistant U.S. Attorney

## ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel on November 13, 2008, to Fairfield, California in order to take an examination administered by the California State Board of Barbering and Cosmetology. She shall return home on November 13, 2008.

All other release conditions shall remain the same.

**IT IS SO ORDERED.**

Dated:_____

_____
MAGISTRATE JUDGE
United States District Judge

     Defendant shall be allowed to travel on November 13 2008, to Fairfield, California for a California State Board of Barbering and Cosmetology examination. Ms. Chun will travel back to her home that same day upon completion of her exam.

Dated: October 28, 2008

_____
STUART HANLON
Attorney for Defendant Chun

Dated: October 28, 2008

_____
Peter Axelrod
Assistant U.S. Attorney

**ORDER**

     Good cause having been shown and by Stipulation of the parties herein,

     **IT IS HEREBY ORDERED** that defendant Duk Soon Chun's pretrial release conditions be modified as follows:

1. Defendant shall be allowed to travel on November 13, 2008, to Fairfield, California in order to take an examination administered by the California State Board of Barbering and Cosmetology. She shall return home on November 13, 2008.

     All other release conditions shall remain the same.

     **IT IS SO ORDERED.**

Dated: 4/N/08

_____
MAGISTRATE JUDGE BERNARD ZIMMERMAN
United States District Judge